UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -8  A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

OPUS, INC.
    Plaintiff

v.

MIDWEST AIR TECHNOLOGIES, INC.,
    Defendant

CIVIL ACTION NO. R/03CV12433RWZ

NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Midwest Air Technologies, Inc. in the above captioned matter. Kindly forward all notices and other correspondence to me.

RESPECTFULLY SUBMITTED,
DEFENDANT
By its Attorney,

_____
Marisa A. Campagna/BBO# 552692
101 Tremont Street
Boston, Massachusetts 02108
(617) 338-1101

Dated: January 7, 2004

CERTIFICATE OF SERVICE

I, Attorney for _____ hereby certify that I, this day, served a copy of the within document(s) by (hand) (first class mail, postage prepaid) to all counsel of record.

DATE: 1/7/04
_____