UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OPUS, INC.
    Plaintiff

v.                                          CIVIL ACTION NO. 03CV12433RWZ

MIDWEST AIR TECHNOLOGIES,
INC.,
    Defendant

**JOINT MOTION TO EXTEND TIME TO FILE ANSWER**

Now comes the Plaintiff, Opus, Inc. and the Defendant, Midwest Air Technologies, Inc. and respectfully request that this court extend the time within which the defendant may file an answer to the plaintiff's Complaint up to and including January 23, 2004. As grounds therefor, the parties state that they are engaged in good faith and productive settlement discussions and believe that it is reasonably likely that these discussions will lead to a resolution to this matter.

| | |
|---|---|
| DEFENDANT,<br>OPUS, INC.<br>By its Attorneys, | PLAINTIFF,<br>MIDWEST AIR TECHNOLOGIES, INC.<br>By its Attorney, |
| CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD<br>_/s/ Stephen S. Churchill_<br>Stephen S. Churchill BBO# 564158<br>Ten Post Office Square<br>Boston, Massachusetts 02109<br>(617) 482-8200 | _/s/ Marisa A. Campagna_<br>Marisa A. Campagna BBO# 552692<br>101 Tremont Street<br>Boston, Massachusetts 02108<br>(617) 338-1101 |

Dated:

CERTIFICATE OF SERVICE
I, Attorney for _____ hereby certify that I, this day, served a copy of the within document(s) by (hand) (first class mail, postage prepaid) to all counsel of record.

DATE: 1/7/04