```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


OPUS, INC.
        Plaintiff

        V.
                                    CIVIL ACTION: 03-12433-RWZ

MIDWEST   AIR   TECHNOLOGIES,
INC.
        Defendant
```

ORDER OF DISMISSAL

ZOBEL, D.J.                                        JANUARY 27, 2004

    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                       By the Court,


                                       s/ Lisa A. Urso
                                       Deputy Clerk

30day.ord