UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE*
*2004 FEB -5 P 12:33*
*DISTRICT COURT*
*OF MASS*

| | |
|---|---|
| OPUS, INC.<br>    Plaintiff<br><br>v.<br><br>MIDWEST AIR TECHNOLOGIES, INC.,<br>    Defendant | CIVIL ACTION NO. 03CV12433RWZ |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., it is hereby agreed between the parties to the above captioned matter that this action shall be and hereby is dismissed **with prejudice and without costs.** The parties hereby waive all rights of appeal.

PLAINTIFF,
OPUS, INC.
By its Attorneys,

CONN KAVANAUGH ROSENTHAL
PEISCH & FORD

_____
Stephen S. Churchill BBO# 564158
Ten Post Office Square
Boston, Massachusetts 02109
(617) 482-8200

Dated: 2/4/04

DEFENDANT,
MIDWEST AIR TECHNOLOGIES, INC.
By its Attorney,

_____
Marisa A. Campagna BBO# 552692
101 Tremont Street
Boston, Massachusetts 02108
(617) 338-1101

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand/mail) on 2/4/04
_____